# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE: ESTELLA STEPHENS

                                                      Case Number: 19-52243-MAR
                                                      Chapter 13
                Debtor(s)                                  Judge RANDON

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
_____/

## ORDER CONFIRMING PLAN

The debtor(s) Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. '1325(a) are met.

Therefore, IT IS HEREBY ORDERED that debtor(s) Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of ACCLAIM LEGAL SERVICES, PLLC attorney for the debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of **$FEES BY APPLICATION** in fees and $0 in expenses, and that the portion of such claim which has not already been paid, to-wit: **$FEES BY APPLICATION** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the debtor(s) shall maintain all policies of insurance on all property of the debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. '502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due to the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [Only provisions checked below apply]
[ X ] The term of debtor's plan shall be extended from 48 months to 60 months.

[ X ] Creditor, US Bank Trust National Association, shall be paid pursuant to the Order Resolving Creditor's Objections to Confirmation entered on June 19, 2020 (Document #34). The Trustee shall pay this claim in Class 5.1.

[ X ] The Trustee shall pay any allowed notice of post-petition mortgage fees filed by US Bank Trust National Association in Class 5.2.

**OBJECTIONS WITHDRAWN:**

For Creditor: /s/ Crystal L. Price_____
                US Bank Trust National Association

**APPROVED:**

/s/ Margaret Conti Schmidt  
STANDING CHAPTER 13 TRUSTEE  
Krispen S. Carroll (49817)  
Margaret Conti Schmidt (P42945)  
Maria Gotsis (P67107)  
719 Griswold Street  
1100 Chrysler House  
Detroit, MI 48226  

313-962-5035  
notice@det13ksc.com  

/s/ Brian D. Rodriguez  
Attorney for Debtor(s):  
Brian D. Rodriguez P57194  
Acclaim Legal Services, P.L.L.C  
8900 E. 13 Mile Road  
Warren, MI  48093  
248-443-7033  
filing@acclaimlegalservices.com  

**Signed on August 14, 2020**



/s/ Mark A. Randon

**Mark A. Randon**
**United States Bankruptcy Judge**