| | |
|---|---|
| Fill in this information to identify the case: | |
| Debtor 1 | Estella L. Stephens; aka Estella L. Stephens Millander |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Michigan (State) |
| Case number | 19-52243-mar |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust

**Court claim no.** (if known): 8-1

**Last 4 digits** of any number you use to identify the debtor's account: 1 4 2 8

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☑ Yes. Date of the last notice: 2 / 10 / 2022

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | 3/1/2022, 4/1/2022, 5/3/2022, 6/1/2022, 7/1/2022, 8/4/2022 | (9) | $ 439.40 |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ |
| 11. Other. Specify: _____ | | (11) | $ |
| 12. Other. Specify: _____ | | (12) | $ |
| 13. Other. Specify: _____ | | (13) | $ |
| 14. Other. Specify: _____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

19-52243-mar    Doc 55    Filed 08/24/22    Entered 08/24/22 13:02:04    Page 1 of 4

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ __/s/ Molly Slutsky Simons__   Date __08 / 24 / 2022__
Signature

Print: __Molly Slutsky Simons__   Title __Attorney for Creditor__
First Name   Middle Name   Last Name

Company __Sottile & Barile, Attorneys at Law__

Address __394 Wards Corner Road, Suite 180__
Number   Street
__Loveland, OH 45140__
City   State   ZIP Code

Contact phone __( 513 ) 444 – 4100__   Email __bankruptcy@sottileandbarile.com__

SN Servicing Corporation

## Loan History - General

Borrower: STEPHENS

| Effective Date | Transaction Date | Due Date | Transaction Description | Batch Desc | Sub Code | Batch Id | Trans. Amt | Principal Amount | Principal Balance | Interest Amount | Unapplied Amount | Unapplied Balance | Escrow Amount | Escrow Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/1/2022 | 3/1/2022 | 9/1/2018 | Forced Place Insur Disbursement | FPI Escrow | 12 | 155669 | ($74.76) | $.00 | $86,523.54 | $.00 | $.00 | $.00 | ($74.76) | ($74.76) |
| 4/1/2022 | 4/1/2022 | 9/1/2018 | Forced Place Insur Disbursement | FPI Escrow | 12 | 160295 | ($74.11) | $.00 | $85,773.90 | $.00 | $.00 | $.00 | ($74.11) | ($148.87) |
| 5/3/2022 | 5/3/2022 | 9/1/2018 | Forced Place Insur Disbursement | FPI Escrow | 12 | 164861 | ($73.53) | $.00 | $85,109.28 | $.00 | $.00 | $.00 | ($73.53) | ($222.40) |
| 6/1/2022 | 6/1/2022 | 9/1/2018 | Forced Place Insur Disbursement | FPI Escrow | 12 | 168722 | ($72.94) | $.00 | $84,416.16 | $.00 | $.00 | $.00 | ($72.94) | ($295.34) |
| 7/1/2022 | 7/1/2022 | 9/1/2018 | Forced Place Insur Disbursement | FPI Escrow | 12 | 172899 | ($72.33) | $.00 | $83,719.49 | $.00 | $.00 | $.00 | ($72.33) | ($367.67) |
| 8/4/2022 | 8/4/2022 | 9/1/2018 | Forced Place Insur Disbursement | FPI Escrow | 12 | 177768 | ($71.73) | $.00 | $82,243.47 | $.00 | $.00 | $.00 | ($71.73) | ($439.40) |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 19-52243-mar |
| Estella L. Stephens<br>*aka* Estella L. Stephens Millander | Chapter 13 |
| Debtor. | Judge Mark A. Randon |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on August 24, 2022 to the following:

Estella L. Stephens, Debtor
15250 Fairmount Dr.
Detroit, MI 48205

William D. Johnson, Debtor's Counsel
filing@acclaimlegalservices.com

Christopher W. Jones, Debtor's Counsel
filing@acclaimlegalservices.com

Brian D. Rodriguez, Debtor's Counsel
filing@acclaimlegalservices.com

Krispen S. Carroll, Chapter 13 Trustee
notice@det13ksc.com

United States Trustee's Office
(registeredaddress)@usdoj.gov

          Respectfully Submitted,

          /s/ Molly Slutsky Simons
          Molly Slutsky Simons (OH 0083702)
          Sottile & Barile, Attorneys at Law
          394 Wards Corner Road, Suite 180
          Loveland, OH 45140
          Phone: 513.444.4100
          Email: bankruptcy@sottileandbarile.com
          Attorney for Creditor